UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------------------- x

JOSH COHEN

        Plaintiff,

v.

ROBYN SWIRLING

        Defendant.

---------------------------------------------------------------------------- x

Case No.: 1:17-cv-09019-JGK

ECF Case

**NOTICE OF APPEARANCE**

**TO:** **Clerk of the Court and Counsel of Record**

I, Alison Schary, of the law firm Davis Wright Tremaine LLP, hereby enter an appearance as counsel for Defendant Robyn Swirling in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated: February 12, 2018

    /s/ Alison Schary
Alison Schary
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
Phone: (202) 973-4248
Fax: (202) 973-4499
alisonschary@dwt.com