USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-21-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSH COHEN,

                Plaintiff,        17-cv-9019 (JGK)

  - against -                ORDER

ROBYN SWIRLING,

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

As stated at the conference held today, the case is referred to the magistrate judge for settlement. The parties should report back to the Court following the settlement conference. If the settlement conference is unsuccessful, the defendant shall file any motion to dismiss within three weeks after notifying the Court of the conclusion of settlement discussions.

SO ORDERED.

Dated:    New York, New York
           February 21, 2018

                                      John G. Koeltl
                                  United States District Judge