UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH COHEN,<br><br>              *Plaintiff*,<br><br>v.<br><br>ROBYN SWIRLING,<br><br>              *Defendant* | Case No.: 1:17-cv-09019-JGK-GWG |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and a settlement that was reached between the parties, inclusive of the statement annexed hereto;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties that the above-captioned action is voluntarily dismissed, with prejudice and without costs or expenses to either party, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

| PLAINTIFF | DEFENDANT |
|---|---|
| JOSH COHEN | ROBYN SWIRLING |
| */s/ Justin Mercer* | By:   */s/ Alison Schary* |
| David D. Lin, Esq. (DL-3666) | Alison Schary, Esq. |
| Justin Mercer, Esq. (JM-1954) | DAVIS WRIGHT TREAMINE LLP |
| LEWIS & LIN, LLC | 1919 Pennsylvania Avenue N.W. |
| 45 Main Street, Suite 608 | Suite 800 |
| Brooklyn, NY 11201 | Washington, D.C. 20006-3401 |
| Tel: (718) 243-9323 | Tel: (202) 973-4248 |
| Fax: (718) 243-9326 | Fax: (202) 462-7599 |
| Email:David@iLawco.com | E-mail:  alisonschary@dwt.com |
|         Justin@iLawco.com | |
| Dated: March 23, 2018 | Dated: March 23, 2018 |

Statement from Robyn Swirling

Josh and I have agreed to settle lawsuit Josh filed in which he alleged that I had accused him of engaging in violent and harassing conduct.

Josh has told me that he had no intention of being difficult or harassing. He is a gay male activist, and he has told me that he was pursuing his goal of advocating on behalf of gay men who are victims of sexual harassment. Josh did not engage in any sexual harassment or physical violence toward me.

Voices from all affected communities (including Josh's) are essential to eliminating the problem of sexual and gender-based harassment in our progressive movement.